**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00186-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CATARINA ALCON,
    a/k/a Marta Ortiz Rivera,

    Defendant.

## MINUTE ORDER

A **Notice of Disposition and Motion For Pre Plea Pre-Sentence Investigation** [#14] was filed September 27, 2012. After reviewing the motion and the record, the court has concluded that the motion for a pre plea pre-sentence investigation should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion For Pre Plea Pre-Sentence Investigation** [#14] is **GRANTED**;

2. That on **October 2, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea and immediate sentencing, approximately eight (8) weeks from this telephonic setting conference;

3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference; and

4. That the Trial Preparation Conference set for October 4, 2012, and the jury trial set to commence October 9, 2012, are **VACATED** and are **CONTINUED** pending further order of court, necessary.

    Dated: September 27, 2012